JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHARI HOOVER, | Case No: CV 23-02623 PA (JCx) |
|---|---|
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| vs. | |
| PRINCESS CRUISE LINES, LTD., | District Judge: Hon. Percy Anderson |
| Defendant. | Magistrate Judge: Hon. Jaqueline Chooljian |

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2. Each party to bear its own fees and costs;

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____
Percy Anderson
United States District Judge

[Proposed] Order Granting Dismissal with Prejudice — - 1 - — Case No: CV 23-02623 PA (JCx)